UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| William Kane, | Civil No. 06-1591 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

_____

Based upon the Stipulation of the parties, **IT IS HEREBY ORDERED**:

The above-captioned case, pursuant to F. R. Civ. P. 41(a)(1) is **DISMISSED**

**WITHOUT PREJUDICE**.  Each party to bear their own costs.

Dated: May 30, 2006

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge